IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GEORGE "SKY DANCER" PRESLEY, AIS # 158155, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | CIVIL ACTION NO.  2:13cv612-MHT (WO) |
| LT. LATONYA SCOTT, *et al.*, ) ) | |
| Defendants. ) | |

### O R D E R

On September 13, 2013, the magistrate judge filed a recommendation in this case to which no timely objections have been filed. (Doc. # 7).  Upon an independent and de novo review of the file in this case and upon consideration of the recommendation of the magistrate judge, it is ORDERED that the recommendation is ADOPTED and that this case is TRANSFERRED to the United States District Court for the Northern District of Alabama pursuant to the provisions of 28 U.S.C. § 1404.

The clerk of the court is to effect the transfer.

This case is closed in this court and the pending motions are left for resolution after transfer.

Done this the 31st day of October, 2013.

        /s/ Myron H. Thompson
   UNITED STATES DISTRICT JUDGE